[No. 44473-5-I. Division One. August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL LEE KOLLHOPP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02918-4, Anthony P. Wartnik, J., entered March 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44718-1-I. Division One. August 14, 2000.]

VERTICAL WORLD, INC., *Appellant*, v. COLLIERS INTERNATIONAL PROPERTY CONSULTANTS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-03767-9, Philip Gamaliel Hubbard, Jr., J., entered April 30, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Webster and Kennedy, JJ.

[No. 44771-8-I. Division One. August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01458-4, Joseph A. Thibodeau, J., entered June 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44815-3-I. Division One. August 14, 2000.]

BEYENE ANDEBRHAN, ET AL., *Plaintiffs*, ABEBE DEGAGA, *Appellant*, v. DIAMOND PARKING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31018-1, J. Kathleen Learned, J., entered May 20, 1999. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster and Cox, JJ.